Filed 9/22/25  P. v. Lopez CA2/6

## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

|  |  |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>SAUL LOPEZ,<br><br>    Defendant and Appellant. | 2d Crim. No. B340472<br>(Super. Ct. No. 2021012894)<br>(Ventura County) |

Saul Lopez was charged with driving under the influence of alcohol, and with a blood alcohol level exceeding 0.08 percent with a prior similar conviction.  (Veh. Code, §§ 23550.5, subd. (a), 23152, subds. (a), (b).)  He was also charged with driving while his license was suspended.  (Veh. Code, § 14601.2, subd. (a).)  He pleaded guilty pursuant to a plea agreement for a maximum

sentence of eight months in state prison consecutive to the sentence imposed in appellant's other case.[1]

We appointed counsel to represent appellant in this appeal. After an examination of the record, counsel filed an opening brief that raises no arguable issues. On July 3, 2025, we attempted to notify appellant by mail that he had 30 days within which to personally submit any contentions or issues he wished us to consider. The notice was returned to this court on July 16, 2025, marked "Return to Sender ¶ No Such Number ¶ Unable to Forward." On July 22, 2025, appointed counsel submitted a declaration notifying the court that he has been unable to obtain current information regarding appellant's housing or location. No supplemental brief was filed.

In May 2021, appellant hit a car in a parking lot and then drove away. Police subsequently conducted a traffic stop. Appellant provided a breath sample which showed a blood alcohol level of 0.19 percent. Appellant's driver's license was suspended at the time.

We have reviewed the entire record and are satisfied that appellant's counsel has fully complied with his responsibilities and that no arguable issue exists. (*People v. Wende* (1979) 25 Cal.3d 436.)

---

[1] Appellant pleaded guilty to charges related to driving under the influence of alcohol in another case and was sentenced to 16 months in state prison. We affirmed the conviction in an unpublished opinion. (*People v. Lopez* (Sept. 2, 2025, B340416 [nonpub. opn.].)

*Disposition*

The judgment is affirmed.

<u>NOT TO BE PUBLISHED</u>.


YEGAN, J.


We concur:


GILBERT, P. J.


BALTODANO, J.

3

David M. Hirsch, Judge

Superior Court County of Ventura

_____

Jennifer Peabody, Executive Director, Richard B. Lennon, Staff Attorney, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Respondent.